UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
AUG 1 4 2003
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN MATEJA, Individually and as Personal Representative of the ESTATE OF SHARON MATEJA, Deceased, MARC MATEJA, ERIC MATEJA AND NICHOLAS MATEJA | § § § § § § § § § | CIVIL ACTION NO. H-02-1377 |
| V. | | |
| FORD MOTOR COMPANY | | |

## ORDER GRANTING
## FORD MOTOR COMPANY'S
## MOTION TO STRIKE UNTIMELY EXPERT REPORT

The Court finds that the June 27, 2003 report of Gerald Rosenbluth is untimely under terms of the Court's February 21 order amending the deadline for Plaintiffs to designate a new expert and to provide a new report. Therefore, the Court hereby **GRANTS** *in part* Defendant Ford Motor Company's "Motion to Strike Untimely Expert Report" *(#81)* and makes the following orders.

**IT IS ORDERED** that the June 27 report of Gerald Rosenbluth is hereby stricken, *to the extent it adds additional theories or factual bases for opinions rather than merely clarifying his opinions set forth in his prior report,* and that neither the Plaintiffs nor any of their experts shall be entitled to refer to that report at the trial of this cause; and

**IT IS FURTHER ORDERED** that Mr. Rosenbluth shall not be permitted to express any expert opinions that were not disclosed in his April 1, 2003 report. *except to the extent his existing opinions were clarified in his report of July 27, 2003.*

SIGNED this the 13th day of August, 2003.

Hon. Marcia Crone
United States Magistrate Judge

**APPROVED AS TO FORM AND CONTENT:**

*[signature]*

DEBORAH J. BULLION
Texas State Bar No. 03329100
P. WAYNE PICKERING
Texas State Bar No. 15975030
**GASCOYNE & BULLION, P.C.**
77 Sugar Creek Center Boulevard, Suite 280
Sugar Land, Texas 77478
(281) 340-7000 (Telephone)
(281) 340-7001 (Facsimile)

**Attorneys for Defendant
Ford Motor Company**