====================================================================

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
ENTERED

AUG 1 5 2003

Michael N. Milby, Clerk of Court

====================================================================

JOHN MATEJA, et al.,                    §
                                        §
                        Plaintiffs,     §
                                        §
versus                                  §          CIVIL ACTION H-02-1377
                                        §
FORD MOTOR COMPANY, et al.,             §
                                        §
                        Defendants.     §

**ORDER**

Ford Motor Company's Motion to Exclude Design Defect Opinions of Plaintiff's Expert Witness Gerald Rosenbluth (#80) is granted in part and denied in part.

In accordance with the Court's Order signed August 13, 2003, Rosenbluth is not permitted to raise theories or express opinions based on facts not disclosed in his report of April 1, 2003. To the extent his opinions regarding design defect were not divulged in that report, Ford's motion to exclude is granted.  Rosenbluth may express opinions based on the National Highway Transportation Association's C8-02 investigation to the extent they were disclosed in his report of April 1, 2003, and Ford's motion to exclude such testimony is denied.

SIGNED at Houston, Texas, this _14th_ day of _August_____, 2003.

_____
Marcia A. Crone
United States Magistrate Judge

108